UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CAUSE NO. 4:21-cr-00002-SEB-VTW |
| JAMAAL S. HUNT, | ) |  |
| Defendant. | ) |  |

*FILED*

AUG 10 2021

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## PENALTY SHEET

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(B) Possession with Intent to Distribute Controlled Substances | 10 yrs - Life | NMT $8 Million | NLT 8 years |

Dated: _____       _____
                              JAMAAL S. HUNT
                              Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana